IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                                                 Criminal Action No.
                                                                                 21-00264-01-RK

ANTHONY BYRON MARSHALL,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:
    Count 1: Use of Interstate Facility to Entice Minor to Engage in Illegal Sexual Activity,
        *in violation of* 18 U.S.C. § 2422(b)
    Counts 2–5: Receipt of Child Pornography Over the Internet,
        *in violation of* 18 U.S.C. § 2252(a)(2)

**TRIAL COUNSEL**:
      Government: Catherine Connelly
        Case Agent: Special Agent Alex Lepper, FBI
     Defense: Michael Crawford

**OUTSTANDING MOTIONS**: Defense counsel made an oral motion to continue the trial until the December 4, 2023, docket. Neither the Government nor Defendant objected. Defense counsel was directed to file his motion by the end of the day.

**ANTICIPATED MOTIONS**: The Government intends to notice prior bad acts.

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 15 without stipulations
    Defense: 4 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 25 exhibits
    Defense: 10 additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      ( ) Definitely for trial       ( ) Possibly for trial
      ( x ) Motion to continue to be filed       ( ) Likely a plea will be worked out

**TRIAL TIME**: **5 days**
      Government's case including jury selection: 3 days
      Defense case: 2 days

**STIPULATIONS**:
      ( )    not likely
      ( )    not appropriate
      ( x )  likely as to:
            ( x )    chain of custody
            ( )    chemist's reports
            ( )    prior felony conviction
            ( )    interstate nexus of firearm
            ( x )    other: authentication of service providers

**UNUSUAL QUESTIONS OF LAW**: None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: May 22, 2023
Defense: May 22, 2023
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   May 22, 2023
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: May 22, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing on June 5, 2023.
      **Please note**:   *Any conflicting settings on trial docket?*

**OTHER**:
      ( )    A _____-speaking interpreter is required.
      ( )    Other assistive devices: _____

      **IT IS SO ORDERED.**

                                                      */s/ Jill A. Morris*
                                                      JILL A. MORRIS
                                                      United States Magistrate Judge