IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                             Criminal Action No.
                                                                    21-00264-01-RK

ANTHONY BYRON MARSHALL,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count One: Use of Interstate Facility to Entice Minor to Engage in Illegal Sexual Activity, *in violation of* 18 U.S.C. § 2422(b)

Counts Two through Five: Receipt of Child Pornography Over the Internet, *in violation of* 18 U.S.C. § 2252(a)(2)

**TRIAL COUNSEL**:
    Government: Catherine Connelly
    Case Agent: FBI Special Agent Alex Lepper
    Defense: Michael Crawford

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: The Government intends to notice prior bad acts.

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 15 without stipulations
    Defense: 4 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 25 exhibits
    Defense: 10 exhibits

**DEFENSES**:
    ( x ) defense of general denial
    (   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial            (   ) Possibly for trial
    (   ) Motion to continue to be filed   ( x ) Likely a plea will be worked out

**TRIAL TIME**: **5 days**
    Government's case including jury selection: 3 days
    Defense case: 2 days

**STIPULATIONS**:
    ( )    not likely
    ( )    not appropriate
    ( x )    likely as to:
        ( x )    chain of custody
        ( )    chemist's reports
        ( )    prior felony conviction
        ( )    interstate nexus of firearm
        ( x )    other: authentication of service providers

**UNUSUAL QUESTIONS OF LAW**: None.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 7, 2023
    Defense: August 7, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    August 7, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: August 7, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing on August 21, 2023

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                        */s/ Jill A. Morris*
                                                        JILL A. MORRIS
                                                        United States Magistrate Judge